UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

MATTER of :

    REGINALD G. McFADDEN,

          —against—    [Petitioner]

    SUSAN B. GERSON, Ass. Dir. FOIPS
    PATRICIA JONES, SAS-DOJ
            [Respondent]

FOR A WRIT OF MANDAMUS PURSUANT TO
RULE 81(a) FRCP etc.

VERIFIED PETITION
(WRIT OF MANDAMUS,
Rule 81(a) FRCP

Case: 1:15-cv-01830
Assigned To : Moss, Randolph D.
Assign. Date : 10/28/2015
Description: FOIA/Privacy Act I Deck

TO: U.S. DISTRICT COURT JUSTICE:

        COME NOW:
      Your servant/petitioner: REGINALD McFADDEN,
verify under the penalties of perjury, that:

    1. I am petitioner, who is being denied by Respondent
SUSAN B. GERSON AND FBI LAB of records held in their
possession and control of test results of three (3)
separate Criminal cases :

      • People v. Reginald McFadden, Ind. 95-00247

      • People v. Reginald McFadden Ind 94-00066

      • People v. Reginald McFadden Ind 89766-99

that were prosecuted by Rockland and Nassau County
District Attorney offices between 1994 – 1997
involving examination of forensic evidence consist-
ing :     • DNA analysis
       • Hair Comparison

    2. As Reported by Washington Post Newspaper that
In 2012, the Dept of Justice (DOJ) announced a
review of thousands of old cases in which FBI
agents presented testimony about forensic hair
comparison analysis ... encompass all cases processed
by the FBI Lab's hair and fiber unit prior to
2000.

—1—

3. This full request also follow report of former FBI Director Louis Freeh and former Attorney General Janet Reno's investigation of criminal cases involving the Crime lab and from 1996-2004 reviewing case.

4. On June 9, 2014, having made a FOIA request and assigned FOIA-2014-02520 which specifically requested : Third Party Records (FBI (45) (v) to which Respondent sought a reference signature of certification of identity order penalty of perjury that were subsequently provided to Respondent.

5. On Oct. 29, 2014, FOIA reject was received in another rejected matter # AP-2015-00049, that was signed by Priscille Jones, Supervisory Adm Specialist (B)

6. By April 2, 2015, neither Respondents Susan A. Gerson nor Priscille Jones had replied or complied with FOIA in clear violation of FOIA. (C)

7. On August 8, 2015, a "Good Faith" effort was made to resolve both matters without seeking Judicial intervention and damages for having to take this course, including Court fees, etc.
yet they have not complied. (C)

8. I believe my requests and I believe
are reasonable and Respondents have no
excuse for not complying with the laws
and I am entitled to the relief sought, since
it was reported that Respondents had released

to Washington Post of over 10,000 pages of task force documents obtained through FOIA, including the release of 4100 of the cases, without revealing their respective names, only later in 2014 did so, establish the public access to records. This included a 517 pages report released in April 1997 as well as a 640 pages report.

9. Petitioner is only concerned about test results, records in the three above cases that were commissioned by the above two District Attorney office including other forensic testings involving.

- Enhancement of Photos
- Voice i.d.
- Phone call surveillance

etc.

10. Petitioner must seek legal Advances for copies, postages and must seek IFP status due to poverty that I seek Respondent to pay back all cost and to release all the above records as part of the sanctions for failing to obey the law governing FOIL.

11. Petitioner is located at:

Attica C.F. Box 149
#95A6279
639 Exchange St.
Attica, NY 14011-0149

12. Respondents are located at:

1. U.S. Draft of Justice
Executive Office for US Attorneys
Program of Infrastructure Armory Staff
600 E Street NW Ste 1300
Bicentennial Bldg
Washington, NY 20530-0001
(202) 252-6020 (fax) 252-0647 (v)

2. U.S. Dept of Justice
Office of Information Policy
Washington, DC 20530
(202) 514-3642

13. Venue is Washington, DC where Respondents are
employed, where acts or omissions are
occurring

14. Jurisdiction, this Court has Jurisdiction over
U.S. employees and subject matter per
Section 1381 (a)(A)(i), 28 USC A (3)(a)(4)
if not in order 8(c) FACA which is good.

15. Petitioner are to provide an restrictive confinement
Seek Service of verified Complaint to either
by US Alternate nail service (Certified
Return Receipt mailing) or US Marshal

Rule 4 (B)(d) FRCP

WHEREFORE, it is Respectfully requested as
Petitioner's Prayer for Relief that;
1. Respondents be Compelled to comply
Fully in the Faith without cost;
2. Respondent pay the cost and fees
of these proceedings, including
costs, fees, perhaps, etc.



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

June 9, 2014

Requester: Reginald McFadden          Request Number: FOIA-2014-02520

Subject of Request: Third Party Records (FBI Lab)

Dear Mr. McFadden:

Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraph(s) checked below *to the extent that your request is in part for your own records*:

1. [ x ] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ x ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4. [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25),

A

we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing to the **Office of Information Policy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 CFR § 16.9.

Sincerely,

Susan B. Gerson
Assistant Director

[  ] Enclosure(s)



**U.S. Department of Justice**

Office of Information Policy

_____

Telephone: (202) 514-3642          *Washington, D.C.  20530*

October 29, 2014

Mr. Reginald McFadden
DIN 95-A-6279
Attica Correctional Facility
P.O. Box 149
639 Exchange Street
Attica, NY  14011

    Re:  Request No. 2014-05243

Dear Mr. McFadden:

    This is to advise you that your administrative appeal from the action of the Federal
Bureau of Prisons was received by this Office on October 22, 2014.

    The Office of Information Policy has the responsibility of adjudicating such appeals.  In
an attempt to afford each appellant equal and impartial treatment, we have adopted a general
practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned
number **AP-2015-00408**.  Please mention this number in any future correspondence to this
Office regarding this matter.  Please note that if you provide an e-mail address or another
electronic means of communication with your request or appeal, this Office may respond to your
appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can.  If you have any
questions about the status of your appeal, you may contact me at the number above.  If you have
submitted your appeal through this Office's online electronic appeal portal, you may also obtain
an update on the status of your appeal by logging into your portal account.

        Sincerely,

        Priscilla Jones
        Supervisory Administrative Specialist

β

U.S. Dept of Justice
Office of Information Policy
1425 New York Avenue Ste 11050
Washington, DC 20530-0001

Re: AP 2015-00408
AP 2014-03642
FOIL 2014-02520 (FBI LAB)

Dear Madam:

I have pending before you three (3) separate appeals since your receipt on July 16, 2014, Oct. 29, 2014, June 9, 2014 respectively. Yet it is now April 2nd, 2015 and your office has not been forthcoming on any of these appeals.

I realize that it may not be one of your priorities, but the law dictates another course of action, that may involve seeking Judicial Intervention and Civil penalties for having to do so.

I will give you additional time to respond to my request or else I will file Court action against you in particular for not doing your job.

Respect
[signature]
Reginald McFadden
95A6275
[illegible]

April 12, 2015

U.S. Dept of Justice
Executive Office: FOI&PS
600 E. Street N.W. Ste 7300
 Bicentennial Building
Washington, DC 20530-0001


        Re: FOIA - 2014-02520
        Subj: Third Party Records (FBI lab)


Dear FOIA officer:
        On June 9, 2014, someone from your
office had acknowledged receipt of my
FOIA - 2014-02520, which on July 16,
2014 my administrative appeal was
acknowledged, received July 7, 2014
assigning # AP-2014-03642
        On April 2, 2015, I filed with
your office at 1425 New York Ave.
Washington, DC 20530-0001, three
appeals, including
            AP - 2015-03642
            AP - 2015-00408
that had not been answered, of receipts
July 16, 2014, Oct. 29, 2014 and prior date
June 6, 2014.
        I realize that I can seek Judicial
intervention to compell compliance, but
I am making a last Good Faith
                -1-                              D

effort before seeking Judicial Intervention which will involve additional cost to your office, etc.

Please save the Court the time and expense of addressing a clearly established right pursuant to FOIA.

Respectfully Submitted

[signature]

REGINALD MCFADDEN
95A6279
Box 149
639 Exchange St
Attica, NY 14011-0149

cc: US District Court,
Wash. D.C.

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

MATTER of :                                          VERIFIED PETITION

    REGINALD G. McFADDEN,                    (WRIT OF MANDAMUS,

             [Petitioner]        Rule 81 (a) FRCP

       -against-

   SUSAN B. GERSON, Ass. Dir. FOIEPS

    Patricia Jones SAS-DOJ

            [Respondent]

FOR A WRIT OF MANDAMUS PURSUANT TO

Rule 81 (a) FRCP etc.

TO: U.S. DISTRICT COURT JUSTICE:

          COME NOW:-

     Your servant/Petitioner: REGINALD McFADDEN,
verify under the penalties of perjury, that:

    1. I am petitioner, who is being denied by Respondent
SUSAN B. GERSON AND FBI LAB of records held in their
possession and control of test results of three (3)
separate Criminal cases,

       • People v. Reginald McFadden Ind. 95-00247
       • People v. Reginald McFadden Ind 94-00066
       • People v. Reginald McFadden Ind 89766-97
that were prosecuted by Rockland and Nassau County
District Attorney offices between 1994 - 1997
involving examination of forensic evidence consist-
ing:      • DNA Analysis
       • Hair Comparison

    2. As Reported by Washington Post Newspaper that
In 2012, the Dept of Justice (DOJ) announced a
review of thousands of old cases in which FBI
agents presented testimony about forensic hair
comparison analysis ... encompass all cases processed
by the FBI Lab's hair and fiber unit prior to
2000.

3. This FOIA request also follow report of former FBI Director Louis Freeh and former Attorney General Janet Reno's investigation of criminal cases involving the crime lab and from 1996-2004 reviewing case.

4. On June 9, 2014, having made a FOIA request and assigned FOIA-2014-02520 which specifically requested : Third Party Records (FBI Lab) (A) to which Respondent sought a notarized signature and certification of identity under penalty of perjury that were promptly provided to Respondent.

5. On Oct. 29, 2014, FOIA Appeal was received in another related matter # AP-2015-00408, that was signed by Priscilla Jones, Supervisory Adm. Specialist (B)

6. By April 2, 2015, neither Respondents Susan A. Gerson nor Priscilla Jones had replied or complied with FOIA in clear violation of FOIA. (C)

7. On August 8, 2015, a "Goodfaith" effort was made to resolve both matters without seeking Judicial Intervention and damages for having to take this course, including court fees, etc. yet they have not complied. (D)

8. I believe my requests and patience are reasonable, and Respondents have no excuse for not complying with the laws and I am entitled to the relief sought since it was reported that Respondents had released

to Washington Post of over 10,000 pages of
task force documents obtained through
FOIA, including the release of 1100
of the cases, without revealing their
respective names, only later in 2014
did so, establish the public access to
records. This included a 517 pages
report released in April 1997 as well
as a 646 pages report.

9. Petitioner is only concerned about test
results, records in the three above cases
that were commissioned by the above two
District Attorney office including other
Forensic testings involving

      - Enhancement of Photos
      - Voice i.d.
      - Phone call surveillance
      etc.

10. Petitioner must seek legal Advances for
copies, postages and must seek I.F.P. status
due to poverty that I seek Respondent to
pay back all cost and to release all the
above records as part of the sanctions
for failing to obey the law governing FOIL.

11. Petitioner is located at:
      Attica C.F. Box 149
      # 95 A 6779
      639 Exchange St.
      Attica, NY 14011-0149

12. Respondents are located at:

1. US Dept of Justice
Executive office for US Attorneys
Freedom of Information & Privacy Staff
600 E Street NW Ste 7300
Bicentennial Bldg
Washington, NY 20530-0001
(202) 252-6020 (fax) 252-6047 (A)

2. U.S. Dept of Justice
office of Information Policy
Washington, DC 20530
(202) 514-3642

13. Venue is Washington, DC where Respondents are employed, where acts or omissions are occurring

15. Jurisdiction, this Court has Jurisdiction over U.S. employees and subject matter per Section 1391 (e)(1) T.T. 28 USCA (3)(4) if not under 81(a) FRCP which is good.

16. Petitioner due to poverty and restrictive confinement seek Service of Verified Complaint either by US Alternate mail service (Certified Return Receipt mailing) or US Marshal Rule 4(c)(d) FRCP

WHEREFORE, it is Respectfully requested as Petitioner's Prayer for Relief that:

1. Respondents be Compelled to comply fully with FOIA without cost;

2 Respondent pay the cost and fees of these proceedings, including copying, postage, etc.

-4-

3. Respondents should identify any
Third Party that these records
were released to;

4. Respondent should identify if
any of the 1100 cases involve
any of the three (3) criminal
cases involving Petitioner.

Any other relief this Court deems just and
fair.

RESPECTFULLY SUBMITTED

REGINALD McFADDEN
95A6279
Box 149
639 Exchange St
Attica, NY 14011-149

## VERIFICATION

I, REGINALD G. McFADDEN, verify under the
penalties of perjury that I had read the above
statements, and based on personal information
and or information and belief from other
sources, I believe to be True and Correct to
the best of my knowledge.

SWORN TO BEFORE ME THIS
___ DAY of _____ 20 IX

DAVID D. AU___
Notary Public, State of New York
No. 01AD6036610
Qualified in Erie County
Commission Expires January 31, 20 18

REGINALD G. McFADDEN
95A6279
P.O. Box
639 Exchange St.
Attica, NY 14011-0149

Pro Se

- 5 -

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

MATTER OF:

    REGINALD G. McFADDEN,

               [Petitioner]

    - against -

SUSAN B. GERSON, A.D. DOJ

PATRICIA JONS, SAS DOS

         [Respondents]

FOR A MANDAMUS PURSUANT TO
Rule 81(a) FRCP etc.

ORDER TO SHOW
CAUSE WHY A
MANDAMUS SHOULD
NOT BE ISSUED

Upon the verified complaint, exhibits herewith,

IT IS ORDERED that Respondents show cause in

        US Courthouse
        3 d E. Constitution Ave. NW
        Washington DC 20001

On the _____ day of _____ 20 ___, at ____ o'clock
why a mandamus should not issue pursuant to
81(a) FRCR etc compelling you to comply
fully with FOIA #2014-02580 and AP-2015-
04708, by you or your successors in office
and to pay all cost and fee for having to
take this litigation.

IT IS FURTHER ORDERED
    that Petitioner must serve by Alternate
US mail Certificate/Return Receipt or Service by
US Marshal shall be sufficient serve on or
before _____ day of _____ 20 ___.
                SO ORDERED

DATED _____, _____ 20 ___

                        Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MATTER OF:
          REGINALD G. McFADDEN

          -against-          [Petitioner]

          Susan Gerson, AD. DOJ
          Patricia Jones 5 AS. DOJ
FOR A MANDAMUS PURSUANT TO
RULE 81 (c) FRCP etc

NOTICE OF MOTION
TO PROCEED AS
IFP

          PLEASE TAKE NOTICE, that upon the declaration
of Petitioner, verified Petition sworn on 25 day of
Nov. 2015, a motion will be move at a term of
this Court, For an order permitting Petitioner
to pursue this action as a poor person - upon
the grounds that Respondents refuses to
comply with FOIA and Petitioner suffer from
extreme poverty and can not pay the cost
fees, and expenses to pursue said action,
and for such other and further relief
as this Court deem just and fair

                                        REGINALD McFADDEN
                                             9516279
                                            Box 149
                                        639 Exchange St
                                        Attica, NY 14011

Signed Aug 28, 2015

TO: _____
       Clerk
       U.S. District Court
       For the District of
           Columbia

UNITED STATES DISTRICT COURT
DISTRICT of COLUMBIA

MATTER of :                              DECLARATION of POVERTY

        REGINALD McFADDEN,
                        [Petitioner]

            - against -

        SUSAN GERSON AS-DOJ
        PATRICIA JONES SAS-DOJ
FOR A MANDAMUS PURSUANT TO
RULE 51 (a) FRCP etc.

_____

    I, REGINALD G. McFADDEN, an the petitioner in the
above-entitled action. In support of my motion proceed
as a Poor person, I state that because of my
severe poverty, I am unable to pay the costs and
fees associated with this action or give any
security therefore I believe I am entitled to redress
that can prove my Actual damages:

    I declare that the response to the following
questions are True.

    1. I am not currently employed.
    2. I am not in receipt of any money in the past
            twelve months;
        a) I have no business, profession or self-
                employment.
        b) I have no Rent payments, interest or div. deals,
        c) I have no pensions annuities or life insurance.
        d) I have no gifts or inheritances
        e) I have no public assistance in any form.
        f) I have absolutely no other sources.

    3. I have no cash; checking or current and in prison
            account, I owe $9950.00 surcharges
    4. I owe no real estate, stocks, bonds, cars or other
            valuable property
    5. I have no dependents

                    —1—

6. I am imprisoned

7. I owe state federal surcharges totalling
$4950.00 approx ( A )

I understand if I made a false statement
or answer to any question in this declaration
will subject me to penalties of perjury pursuant
Section 1746

I declare under penalty of perjury that
the foregoing is True and Correct.

Signed this August day of 28 20 15

SS# 174 454-6700
D.O.B 2.23.53
FBI# 16583904

REGINALD McFADDEN
95A6279
Box 149
639 Exchange St
Attica, N.Y. 14011-0175

— 2 —

PRISONER AUTHORIZATION

I, REGINALD McFADDEN, request and authorize the agency holding me in custody to send to the Clerk of the U.S. District Court for the District of Columbia at:

US Courthouse
333 E. Constitution Ave. NW
Washington, DC 20001

a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 USC Section 1915 (s) to deduct those amount from my account prison trust fund account and disburse those amounts to the U.S.D.C. for the <u>District of Columbia</u>. This authorization shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE of $_____ WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED,

_(signature)_ August 25, 2015

REGINALD McFADDEN
# 95 A 6779



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020  FAX: 252-6047  (www.usdoj.gov/usao)*

June 9, 2014

Requester: Reginald McFadden          Request Number: FOIA-2014-02520

Subject of Request: Third Party Records (FBI Lab)

Dear Mr. McFadden:

Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraph(s) checked below *to the extent that your request is in part for your own records*:

1. [ x ] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ x ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4. [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25),

A

we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing to the **Office of Information Policy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 CFR § 16.9.

Sincerely,

Susan B. Gerson
Assistant Director

[ ] Enclosure(s)

Form No. 003 - 6/12



**U.S. Department of Justice**

Office of Information Policy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

October 29, 2014

Mr. Reginald McFadden
DIN 95-A-6279
Attica Correctional Facility
P.O. Box 149
639 Exchange Street
Attica, NY 14011

Re: Request No. 2014-05243

Dear Mr. McFadden:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons was received by this Office on October 22, 2014.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **AP-2015-00408.** Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at the number above. If you have submitted your appeal through this Office's online electronic appeal portal, you may also obtain an update on the status of your appeal by logging into your portal account.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

β

U. S. Dept of Justice
Office of Information Policy
1425 New York Avenue St. 11050
Westington, DC 20530-0001

Re: AP 2015-00408
AP 2014-03642
FOIA 2014-02520 (FBI LAB)

Dear Madam:

I have pending before you three (3)
separate appeals, since your receipt on
July 10, 2014, Oct. 29, 2014, June 9, 2014
respectively. Yet it is now April 2nd 2015
and your office has not been forth coming
on any of those appeals.

I realize that it may not be one of
your priorities, but the law dictates an-
other course of action, that may involve
seeking judicial intervention and civil penalties
for having to do so.

I will give you additional time
to respond to my request or else I
will file Court action against you
in particular for not doing your
job.

Regards,
REGINALD MCFADDEN
95 A 6775
Box 149
Attica, New York 14011-0149

April 12, 2015

D

U.S. Dept of Justice
Executive Office: FOI&PS
600 E. Street N.W. Ste 7300
Bicentennial Building
Washington, DC 20530-0001

Re: FOIA - 2014-02520
Subj: Third Party Records (FBI lab)

Dear FOIA officer:

On June 9, 2014, someone from your office had acknowledged receipt of my FOIA-2014-02520, which on July 16, 2014 my administrative appeal was acknowledged, received July 7, 2014 assigning to AP-2014-03642.

On April 2, 2015, I filed with your office at 1425 New York Ave. Washington, DC 20530-0001, three appeals, including

AP-2015-03642
AP-2015-00408

that had not been answered, of receipts July 16, 2014, Oct. 29, 2014 and prior date June 6, 2014.

I realize that I can seek Judicial intervention to compell compliance, but I am making a last Good Faith

effort before seeking Judicial Intervention which will involve additional cost to your office, etc.

Please save the Court the time and expense of addressing a clearly established right pursuant to FOIA.

Respectfully Submitted

[signature]

REGINALD MCFADDEN
95A6279
Box 149
639 Exchange ST
Attica, NY 14011-0149

cc: US District Court,
Wash. D.C.